BMB: USAO# 2010R00718

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. CCB-_11-537_ |
| CHRISTIAN NESMITH, | * | (Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. § 846) |
| Defendant. | * | |
| | | (UNDER SEAL) |

...oOo...

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

From on or about April 1, 2010, and continuously thereafter, up to and including March 2011, in the District of Maryland,

**CHRISTIAN NESMITH**,

the defendant herein, and others known and unknown to the United States Attorney, did knowingly and intentionally combine, conspire, confederate, and agree to distribute and possess with intent to distribute 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

Date: 9/27/11

Rod J. Rosenstein /BMB
United States Attorney